**Reinstate; Strike Brief; Order filed June 7, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00300-CV
_____

**MICHAEL A. POWELL, Appellant**

**V.**

**JENNY HODGKINS, EXECUTIVE DIRECTOR, STATE BAR OF TEXAS,
Appellee**

**On Appeal from the
Travis County, Texas
Trial Court Cause No. D-1-GN-21-001728**

## ORDER

This is an interlocutory appeal from an order signed January 6, 2022. The trial court has signed an order in accordance with Texas Rule of Civil Procedure 306a finding appellant first received actual notice of the final judgment on March 2, 2022. The notice of appeal was therefore due March 22, 2022. *See* Tex. R. App. P. 26.1 (b). Appellant timely filed the notice of appeal on March 7, 2022. The appeal is ordered **reinstated**.

On April 26, 2022, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails to comply with the rules in that

it fails to contain appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1 (i).

Accordingly, we order appellant's brief filed April 26, 2022, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within sixty (60) days from the date of this order**. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.